**Order entered January 3, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00847-CR

**WESLEY MON MATHEWS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-45865-S**

## ORDER

Before the Court is appellant's January 2, 2020 second motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on or before February 5, 2020. Appellant is cautioned that further extensions are disfavored.

/s/　　CORY L. CARLYLE
　　　JUSTICE